# Court of Appeals
# of the State of Georgia

ATLANTA,   December 12, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0449.  DREONIA ROBERTS v. GEORGIA HOUSING & FINANCE AUTHORITY.**

Georgia Housing & Finance Authority filed a dispossessory action against Dreonia Roberts in magistrate court.  Roberts appealed to state court and filed a motion for a writ of supersedeas in an effort to avoid paying rent into the registry of the court.  The trial court denied the motion, and Roberts appealed to this Court.  We lack jurisdiction.

The merits of the dispossessory ruling remain pending below.  Thus, the court's denial of Roberts's motion is not final and is subject to the interlocutory review procedure in OCGA § 5-6-34 (b).  See *Carter v. Landel/Arundel, Inc.*, 172 Ga. App. 115, 116 (3) (322 SE2d 108) (1984).  Additionally, appeals in dispossessory actions must be filed within seven days after entry of the order at issue. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Consequently, Roberts's notice of appeal, which was filed on September 4, 2014, ten days after entry of the order on appeal, is untimely.   For these reasons, we lack jurisdiction to consider Roberts's appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/12/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*